NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30195
20-APR-2012
08:18 AM

NO. 30195

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, by its Office of Consumer Protection and
STANLEY SUYAT, Plaintiffs-Appellees,
v.
METRO CLUB INC., a foreign corporation; and DAVID A. KERSH,
individually and as an officer of METRO CLUB, INC.,
Defendants/Third Party Plaintiffs-Appellants
v.
INTERNATIONAL KITCHENS, et al., Third Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL. NO. 63668)

ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on March 14, 2012 in the above case is corrected to reflect the circuit court case no. as CIVIL NO. 63668.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, April 20, 2012.

FOR THE COURT:

Associate Judge

---

[1]  Considered by Foley, Presiding J., Fujise and Leonard, JJ.